IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR MENA,

    Plaintiff,                    No. CIV S-03-2024 MCE GGH P

   vs.

MIKE KNOWLES, Warden, et al.,

    Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. In recommending denial, without prejudice, of plaintiff's motion for preliminary injunctive relief, wherein the court was asked to order defendants to provide medication to alleviate pain plaintiff allegedly suffers as a result of his prostate cancer condition, the undersigned observed that it would be necessary for the court to appoint an independent medical expert to evaluate plaintiff's medical condition. See Findings and Recommendations, filed on February 24, 2005, p. 14.

        Accordingly, IT IS ORDERED that:

        1. Dr. Chris Evans of the U. C. Davis Medical Center Urology Department is hereby appointed as the court's independent medical expert to review plaintiff's medical records to determine whether defendants are acting with deliberate indifference and plaintiff is being

1

irreparably harmed by defendants' denial of pain medication for his prostate cancer;

2. Defendants must produce to Dr. Evans, within 30 days of the date of this order, plaintiff's CDC medical records from June 1998 to the present; the records should be directed as follows:

> U.C. Davis Medical Center
> 4860 Y Street, Suite 3500
> Sacramento, CA 95817
> Urology Dept.
> Attn.: Dr. Chris Evans

3. By placing his medical condition at issue, plaintiff is deemed to have waived any assertion of privilege as to his medical records for purposes of this court-ordered independent medical review; should he seek to assert any privilege to preclude this review, the court will not consider any form of preliminary injunctive relief;

4. To the extent that defendants are required to obtain plaintiff's specific authorization, pursuant to state statute/regulation, prior to production of plaintiff's medical records, they must do so within 30 days; and

5. Defendants must file with this court, within 30 days, proof of any release of his medical records authorized by plaintiff and proof of having produced the medical records at issue to Dr. Evans.

DATED: 3/14/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
mena2024.exp