ORIGINAL

Salvador Mena, C-27575
Mule Creek State Prison
P.O. Box 409020, A-1-148-L
Ione, California 95640

IN PROPRIA PERSONA





**FILED**

**APR 1 9 2005**

CLERK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR MENA,

           Plaintiff,

vs.

MIKE KNOWLES, et al.,

           Defendants.

_____/

Case No. CIV-S-03-2024 MCE GGH P

REQUEST FOR COPIES OF DOCUMENTS
PREPARED AND PROVIDED TO COURT
APPOINTED INDEPENDENT MEDICAL
EXPERT DR. CHRIS EVANS

      Plaintiff Salvador Mena, C-27575, requests that the Court issue

an order providing that Defendant's provide a full copy of all records

and documents prepared and provided to Dr. Chris Evans, court appointed

independent expert.

      By order of this court defendants have copied and forwarded the

medical records and documents beginning 1998 through the present.

      On March 21, 2005, plaintiff initially checked the appropriate

space requesting copies of the records and documents to be prepared and

forwarded to Dr. Chris Evans. However, plaintiff was placed under the

///

-1-

impression that he would have to pay for these copies. Plaintiff's medical records and files are extensive requiring copies from 1998 to the present. Plaintiff lives on limited resources and therefore, decided that he could not afford a full and complete copy of the documents sent to Dr. Evans.

However, upon reflection, plaintiff is proceeding in forma pauperis (28 U.S.C. § 1915), and the defendants represented by the California Attorney General's Office have the resources not available to plaintiff.

The records and documents are essential in any future legal disputes alleging that some or part of particular records and/or documents are missing or absent and therefore, Dr. Chris Evans cannot make an impartial determination of the facts and/or circumstances. Plaintiff has made allegations that some records and/or files have been omitted, whether by design or otherwise, inadvertently. The result is the same. Dr. Chris Evans cannot make any worthwhile medical determinations if he is not provided with all pertinent and relevant records, documents, and materials.

Plaintiff submits that defendants will not be prejudiced by making and delivering a complete copy of the records and documents prepared and provided to Dr. Chris Evans on or about April 12, 2005.

///

///

///

///

///

///

///

///

///

-2-

I, Salvador Mena, C-27575, state that the aforegoing is true and correct and that the statements made are made under penalty of perjury under the laws of the United States of America. Executed this 14th day of April 2005, at Mule Creek State Prison, Ione, California 95640.

Respectfully submitted,

Salvador Mena, C-27575

Plaintiff,

IN PROPRIA PERSONA

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

-3-

Salvador Mena, C-27575
Mule Creek State Prison
P.O. Box 409020, A-1-148-L
Ione, California 95640

IN PROPRIA PERSONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SALVADOR MENA,                                   Case No. CIV-S-03-2024 MCE GGH P

                   Plaintiff,

vs.
                                                 **PROOF OF SERVICE BY MAIL**

MIKE KNOWLES, et al.,
                   Defendants.

_____/

        I, Salvador Mena, C-27575, certify that on April 14, 2005, I served
a copy of the attached "REQUEST FOR COPIES OF DOCUMENTS PREPARED AND PROV-
IDED TO COURT APPOINTED INDEPENDENT MEDICAL EXPERT DR. CHRIS EVANS," by
placing a copy in a postage paid envelope addressed to the person herein-
after listed, by depositing said envelope in the United States Mail at Mule
Creek State Prison, Ione, California 95640:

WILLIAM A. KRABBENHOFT, (SBN 119197)
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, California 94244-2550

        I declare under penalty of perjury that the foregoing is true and
correct.

                                        Salvador Mena, C-27575
                                        DECLARANT