

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO     SANTA BARBARA • SANTA CRUZ

May 4, 2005

SCHOOL OF MEDICINE
DEPARTMENT OF UROLOGY
4860 Y STREET, SUITE 3500
SACRAMENTO, CALIFORNIA 95817
TELEPHONE: (916) 734-2823
FAX: (916) 734-8094

The Honorable Gregory G. Hollows
United States District Court
501 I Street, Eighth Floor
Sacramento CA 95814

**FILED**

MAY 1 3 2005

**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
Dear Judge Hollows,                                    BY



In my appointment as the court's independent medical expert in the case of
Salvador Mena vs Mike Knowles et al (USDC case number #CIV S-03-2024
MCE GGH P) I have reviewed the medical records. Per our discussion I have
also discussed the case at the University of California Davis Cancer Center
Genitourinary Tumor Board. The summary of my findings and the consensus
opinion of the tumor board is below.

Mr. Mena presented with a prostate nodule and PSA of 1.3 in July 1998. At that
time he underwent a prostate biopsy, which demonstrated a Gleason score 7
(3+4) adenocarcinoma of the prostate in 1 of 6 cores. He had a metastatic work
up to include a bone scan. The bone scan showed some uptake in a variety of
areas including his distal femur and plain films were obtained for this. The
lesions in the bone were lytic, not blastic. When prostate cancer metastasizes to
bone is usually appears as a blastic lesion in 90% of cases. His did not appear
blastic. The patient's past medical history according to the records includes
arthritis, degenerative joint disease, psychosis and a history of opiate
dependency.

Mr. Mena declined definitive treatment for his prostate cancer, such as radiation
therapy or surgery. He desired supportive care over the ensuing years mainly
with the use of morphine sulfate. However, he had several further bone scans in
2000, 2001 and 2003. None of these showed any evidence of prostate cancer
metastases. He had additional "plain films" which again were not supportive for
metastases. He also had alkaline phosphatase which would be elevated in the
face of metastases. These tests were all normal. The blood level of PSA is
another good indication of whether a patient with prostate cancer, has
metastases. His PSA was initially 1.3 (normal less then 4) in between July 1998
and October 2004 it has really never changed. In July in 2001 it went to 5.35 but
then returned down to below 2.5 over the ensuing 2 years and most recently in
October 2004 it was only 1.8.

My opinion and that of the genitourinary tumor board is that it is extremely unlikely that Mr. Mena has any prostate cancer metastases. This is based upon his numerous x-rays not supporting this diagnosis and his very stable and low PSA. The likelyhood of having any pain requiring narcotics with prostate cancer as the underlying cause is extremely remote in the absence of metastasis. It is also unlikely that his arthritis and generative joint disease would cause this degree of pain in the view of the Tumor Board, however, this will ultimately need to be evaluated by a specialist such as a rheumatologist. Mr. Mena did see a specialist in physical medicine and rehabilitation who felt that he had no etiology for his pain. We do agree that it is Mr. Mena's right to decline definitive local therapy and psychiatric evaluations have indicated that he is capable of making an informed decision. However, the consciences opinion is that narcotics are not an appropriate treatment for localized prostate cancer as it does not cause pain. He has been appropriately evaluatated for confounding psychiatric conditions such as depression which may play a role in how he is feeling and these have been adequately evaluated. As such, we feel he has received appropriate care and that the administration of narcotics would be inappropriate for the treatment of his prostate cancer. While we did take in to account Mr. Mena's history of opiate dependence, which obviously may play a role in his desire for narcotics, we based our discussion and decision upon the medical data regarding his prostate cancer and feel that based on that and that alone, narcotics are not warranted for the treatment of his prostate cancer. If you have any further questions regarding this expert medical opinion please feel free to contact me.

Sincerely,

Christopher P. Evans MD
Associate Professor, Urological Surgical Oncology