1

**FILED**

2

3                                                      MAY 1 3 2005

4                                                

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SALVADOR MENA,

11          Plaintiff,              No. CIV S-03-2024 MCE GGH P

12   vs.

13   MIKE KNOWLES, Warden, et al.,

14          Defendants.              ORDER
                              /
15

16          Pursuant to the undersigned's order, filed on March 14, 2005, defendants

17   produced plaintiff's medical records to this court's appointed independent medical expert, on

18   April 12, 2005, in order for the court's expert to determine whether defendants were providing

19   inadequate medical care to plaintiff by denying pain medication for his prostate cancer condition.

20   This court's February 24, 2005 Findings and Recommendations, recommending denial without

21   prejudice of plaintiff's motion for preliminary injunctive relief, were adopted on April 19, 2005.

22          In light of Dr. Evans' May 4, 2005 thorough and comprehensive report to the

23   undersigned, which speaks for itself and is attached hereto, this court finds there is no need to

24   issue supplemental findings or to make further recommendations.

25          Accordingly, IT IS ORDERED that:

26          1. The Clerk of the Court is directed serve upon all parties, along with this order,

1

1  the May 4, 2005 letter directed to the court from Dr. Christopher P. Evans; and

2          2. No further findings and recommendations will issue with regard to plaintiff's

3  previously denied motion for preliminary injunctive relief.

4  DATED:  5/13/05

5                                                    /s/ Gregory G. Hollows
6
                                                    GREGORY G. HOLLOWS
7                                                    UNITED STATES MAGISTRATE JUDGE

8
   GGH:009
9  mena2024.ime

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26