UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
501 "I" Street, 8th Floor
SACRAMENTO, CA 95814

Chambers of
GREGORY G. HOLLOWS
U.S. Magistrate Judge

(916) 930-4195

May 11, 2005



MAY 1 7 2005



Christopher P. Evans, M.D.
Associate Professor, Urological Surgical Oncology
University of California, Davis
School of Medicine, Department of Urology
Sacramento, California 95817

Re: <u>Mena v. Knowles, et al.</u>, CIV S-03-2024 MCE GGH P

Dear Dr. Evans:

I write to express my gratitude to you for agreeing to serve as the court's independent medical expert in the above-entitled matter and for so graciously providing your expertise *pro bono*. The court very much appreciates the extremely generous contribution of your time and expertise in reviewing the medical records in this case, presenting the case and records to the UCD Cancer Center Genitourinary Tumor Board and providing your precise and illuminating evaluations, as well as the consensus of your colleagues' expert medical opinions. Your thorough and comprehensive summary evaluating the plaintiff's prostate cancer condition has provided, and will continue to provide, invaluable assistance to this court in adjudicating this matter.

While I primarily owe you thanks, please convey my appreciation as well to those of your colleagues who donated their time and expertise by contributing their opinions to your evaluation.

Very truly yours,

GREGORY G. HOLLOWS
U.S. Magistrate Judge