1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SALVADOR MENA,                          No. 2:03-cv-2024-MCE-GGH-P

12            Plaintiff,

13      v.                                    ORDER

14   MIKE KNOWLES, Warden, et al.,

15            Defendants.

16   _____/

17      Plaintiff, a state prisoner proceeding pro se, has filed

18   this civil rights action seeking relief under 42 U.S.C. § 1983.

19   The matter was referred to a United States Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No.

21   262.

22      On January 19, 2006, the magistrate judge filed Findings and

23   Recommendations herein which were served on all parties and which

24   contained notice to all parties that any Objections to the

25   Findings and Recommendations were to be filed within twenty (20)

26   days.

                                   1

1 | Plaintiff has filed Objections to the Findings and

2 | Recommendations to which Defendant Schimon has filed a reply.

3 | In accordance with the provisions of 28 U.S.C.

4 | § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a

5 | <u>de novo</u> review of this case.  Having carefully reviewed the

6 | entire file, the Court finds the Findings and Recommendations to

7 | be supported by the record and by proper analysis.

8 | Accordingly, IT IS HEREBY ORDERED that:

9 | 1.  The Findings and Recommendations filed January 19, 2006,

10 | are adopted in full; and

11 | 2.  Defendant Schimon's July 13, 2005 Motion for Summary

12 | Judgment is granted, and Judgment is entered for Defendant

13 | Schimon, and

14 | 3.  This action proceeds only as to the remaining

15 | Defendants.

16 | DATED: March 1, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2