UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 3, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

SALVADOR MENA,

    Plaintiff,                              CASE NUMBER: CIV S-03-2024 MCE GGH P

    v.

MIKE KNOWLES, et. al.,

    Defendants.

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED AS TO DEFENDANT WALTER J. SCHIMON ONLY IN ACCORDANCE WITH THE COURT'S ORDER OF MARCH 3, 2006.**

                                                      Jack L. Wagner,
                                                      Clerk of the Court

ENTERED:    March 3, 2006

                                                        by:_/s/ M. Krueger_____
                                                          M Krueger, Deputy Clerk