BILL LOCKYER, Attorney General
  of the State of California
DARRYL DOKE, Lead
  Supervising Deputy Attorney General
WILLIAM A. KRABBENHOFT (SBN 119197)
  Deputy Attorney General
1300 I Street, P.O. Box 944255
Sacramento, CA  94244-2550
Telephone: (916) 324-5334
Facsimile:  (916) 322-8288

**Attorneys for Defendants Rosanne Campbell Glen Douglas, M.D., Mike Knowles, Brett Williams, M.D., Gilbert Sainz, M.D., and Christopher Smith, M.D.**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| SALVADOR MENA, | CASE NO.  CIV 03-2024 MCE GGH P |
|---|---|
| Plaintiff, | **DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES** |
| v. | |
| MIKE KNOWLES, et al., | |
| Defendants. | |

Pursuant to Eastern District Local Rule 56-260 (a) defendants Rosanne Campbell, Mike Knowles, Brett Williams, M.D., Glen Douglas, M.D., Gilbert Sainz, M.D., and Christopher Smith, M.D., submit this separate statement of undisputed material facts in support of their motion for summary judgment, or in the alternative, summary adjudication of issues.  By virtue of these facts, the Court should grant summary judgment to defendants.

| **UNDISPUTED MATERIAL FACTS** | **SUPPORTING EVIDENCE** |
|---|---|
| 1. Defendant Rosanne Campbell is the acting Warden of Mule Creek State Prison and has never been deliberately indifferent to plaintiff's medical needs. Ms. Campbell also has no control or authority over the medical care provided to inmates. | 1. Campbell Decl., ¶¶ 1-4. |

| | | | |
|---|---|---|---|
| 2. | Defendant Mike Knowles is the former Warden of Mule Creek State Prison and has never denied plaintiff necessary and appropriate medical care. Defendant Knowles is retired and has no control over the medical care provided to plaintiff. | 2. | Knowles Decl., ¶¶ 1-5. |
| 3. | Defendant Brett Williams, M.D., is the Chief Medical Officer, Health Care Manager at Mule Creek State Prison. Dr. Williams provided plaintiff with effective pain medication and medical care consistent with the standards in the medical community. Dr. Williams never denied plaintiff necessary or appropriate treatment. | 3. | Williams Decl., ¶¶ 1-5. |
| 4. | Defendant Glen Douglas, M.D., is a physician employed at Mule Creek State Prison. Dr. Douglas provided plaintiff with effective pain medication based on assessed clinical needs. Dr. Douglas provided medical care consistent with the standard of care in the medical community. Dr. Douglas never denied plaintiff necessary or appropriate treatment. | 4. | Douglas Decl., ¶¶ 1-8. |
| 5. | Defendant Gilbert Sainz, M.D., is now retired from the California Department of Corrections, Mule Creek State Prison and has no control or authority over the medical care of plaintiff. During the 4 ½ years Dr. Sainz was at Mule Creek, Dr. Sainz provided plaintiff with care and treatment in compliance with the standard of care in the medical community. Dr. Sainz never denied plaintiff necessary and adequate care. | 5. | Sainz Decl., ¶¶ 1-8. |
| 6. | Defendant Christopher Smith, M.D., is employed as Chief Physician and Surgeon at Mule Creek State Prison. Dr. Smith provided care and treatment to plaintiff in compliance with the standard of care in the medical community. Dr. Smith did not deny plaintiff necessary or appropriate medical care and did provide effective pain medication. | 6. | Smith Decl., ¶¶ 1-7. |

2

DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MSJ ...

| | | | |
|---|---|---|---|
| 7. | Drs. Williams, Douglas, Sainz and Smith agree with the opinion of the Court's independent medical expert, Dr. Christopher Evans, that plaintiff has received appropriate care at Mule Creek State Prison. | 7. | Williams Decl., ¶5; Douglas Decl., ¶ 9; Sainz Decl., ¶ 5; & Smith Decl., ¶ 7. |

Dated: June 29, 2006

BILL LOCKYER, Attorney General
  of the State of California
DARRYL L. DOKE, Lead
  Supervising Deputy Attorney General

**/S/ WILLIAM A. KRABBENHOFT**

WILLIAM A. KRABBENHOFT
Deputy Attorney General

# DECLARATION OF SERVICE

Case Name: **Salvador Mena v. Mike Knowles, et al.**
Case Number**:** **CIV-S-03-2024 MCE GGH P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am 18 years of age or older and not a party to the within entitled cause. On **June 30, 2006**, I placed the attached

**DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES**

and served in the method described below:

__XXX__ **First Class Mail**. Placed a true copy in a sealed envelope, postage thereon fully prepaid. That I am readily familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

_____ **Facsimile Transmittal**. That on the date shown above, I sent by facsimile machine a true copy of the above-mentioned document(s) to the person(s) and at the facsimile number indicated below.

_____ **Personal Service**. That I handed a true copy to each person indicated below.

_____ **California Overnight and/or UPS Overnight Service**. Placed a true copy in a sealed envelope, with delivery charges pre-paid, addressed as indicated below, to be delivered by next day air.

addressed as follows:

Salvador Mena (C-27575)
Mule Creek State Prison
P.O. Box 409000, A-1-148-L
Ione, CA 95640-9000

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on June 30, 2006, at Sacramento, California.

/s/ Debra De Frantz

DEBRA De FRANTZ

DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MSJ ...