1  BILL LOCKYER, Attorney General
     of the State of California
2  DARRYL DOKE, Lead
     Supervising Deputy Attorney General
3  WILLIAM A. KRABBENHOFT (SBN 119197)
     Deputy Attorney General
4  1300 I Street, P.O. Box 944255
   Sacramento, CA  94244-2550
5  Telephone: (916) 324-5334
   Facsimile:  (916) 322-8288
6
   **Attorneys for Defendants Rosanne Campbell**
7  **Glen Douglas, M.D., Mike Knowles, Brett**
   **Williams, M.D., Gilbert Sainz, M.D., and**
8  **Christopher Smith, M.D.**

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  SALVADOR MENA,                     CASE NO.  CIV 03-2024 MCE GGH P

13                    Plaintiff,       **EVIDENCE IN SUPPORT OF**
                                       **DEFENDANTS' MOTION FOR**
14        v.                           **SUMMARY JUDGMENT OR, IN THE**
                                       **ALTERNATIVE, SUMMARY**
15  MIKE KNOWLES, et al.,              **ADJUDICATION OF ISSUES**

16                    Defendants.

17

18        Defendants Rosanne Campbell, Glen Douglas, M.D., Mike Knowles, Brett

19  Williams, M.D., Gilbert Sainz, M.D., and Christopher Smith, M.D., submit the following

20  evidence/exhibits in support of their motion for summary judgment or summary

21  adjudication.

22      **EXHIBIT NO.**                           **DESCRIPTION**

23  Exhibit 1          Declaration of William A. Krabbenhoft authenticating Exhibits A-G

24     Exhibit A       Declaration of Rosanne Campbell.

25     Exhibit B       Declaration of Mike Knowles.

26     Exhibit C       Declaration of Brett Williams, M.D.

27     Exhibit D       Declaration of Glen Douglas, M.D.

28     Exhibit E       Declaration of Gilbert Sainz, M.D.

                                       1

| **EXHIBIT NO.** | **DESCRIPTION** |
|---|---|
| Exhibit F | Declaration of Christopher Smith, M.D. |
| Exhibit G | Dr. Evans report to the Court dated May 13, 2005. |
| Exhibit H | Declaration of Christopher Smith, M.D., in support of response to plaintiff's motion for restraining order and preliminary injunction. |

Dated: June 28, 2006

BILL LOCKYER, Attorney General
of the State of California
DARRYL L. DOKE, Lead
Supervising Deputy Attorney General

**/S/ WILLIAM A. KRABBENHOFT**

WILLIAM A. KRABBENHOFT
Deputy Attorney General

**DECLARATION OF SERVICE**

Case Name:  **Salvador Mena v. Mike Knowles, et al.**
Case Number**:          CIV-S-03-2024 MCE GGH P**

I declare:

      I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made.  I am 18 years of age or older and not a party to the within entitled cause.  On **June 30, 2006**, I placed the attached

**EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES**

and served in the method described below:

  XXX  **First Class Mail**.  Placed a true copy in a sealed envelope, postage thereon fully prepaid. That I am readily familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

_____  **Facsimile Transmittal**.  That on the date shown above, I sent by facsimile machine a true copy of the above-mentioned document(s) to the person(s) and at the facsimile number indicated below.

_____  **Personal Service**.  That I handed a true copy to each person indicated below.

_____  **California Overnight and/or UPS Overnight Service**.  Placed a true copy in a sealed envelope, with delivery charges pre-paid, addressed as indicated below, to be delivered by next day air.

addressed as follows:

Salvador Mena (C-27575)
Mule Creek State Prison
P.O. Box 409000, A-1-148-L
Ione, CA 95640-9000

      I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on June 30, 2006, at Sacramento, California.

/s/ Debra De Frantz

_____
DEBRA De FRANTZ

10255309.wpd