# EXHIBIT 1

1  BILL LOCKYER, Attorney General
   of the State of California
2  DARRYL DOKE, Lead
   Supervising Deputy Attorney General
3  WILLIAM A. KRABBENHOFT (SBN 119197)
   Deputy Attorney General
4  1300 I Street, P.O. Box 944255
   Sacramento, CA  94244-2550
5  Telephone: (916) 324-5334
   Facsimile:  (916) 322-8288
6
   **Attorneys for Defendants Rosanne Campbell,**
7  **Glen Douglas, M.D., Mike Knowles, Brett**
   **Williams, M.D., Gilbert Sainz, M.D., and**
8  **Christopher Smith, M.D.**

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  SALVADOR MENA,                          CASE NO.  CIV 03-2024 MCE GGH P

13                          Plaintiff,      DECLARATION OF WILLIAM A.
                                            KRABBENHOFT IN SUPPORT OF
14       v.                                 DEFENDANTS' MOTION FOR
                                            SUMMARY JUDGMENT OR, IN THE
15  MIKE KNOWLES, et al.,                   ALTERNATIVE, SUMMARY
                                            ADJUDICATION OF ISSUES
16                          Defendants.

17

18       I, William A. Krabbenhoft, declare as follows:

19       1.      I am an attorney at law licensed to practice in the courts of the State of

20  California and the United States District Court for the Eastern District of California.  I am

21  a Deputy Attorney General for the Attorney General's Office, attorneys for defendants

22  Rosanne Campbell, Glen Douglas, M.D., Mike Knowles, Brett Williams, M.D., Gilbert

23  Sainz, M.D., and Christopher Smith, M.D.

24       2.      The following exhibits are true and correct copies of the following:

25       **Exhibit A** consists of Rosanne Campbell's Declaration in Support of Defendants'

26  Motion for Summary Judgment/Summary Adjudication.

27       **Exhibit B** consists of Mike Knowles' Declaration in Support of Defendants'

28  Motion for Summary Judgment/Summary Adjudication.

                                        1

1    **Exhibit C** consists of Brett Williams, M.D.'s Declaration in Support of

2    Defendants' Motion for Summary Judgment/Summary Adjudication.

3    **Exhibit D** consists of Glen Douglas, M.D.'s Declaration in Support of

4    Defendants' Motion for Summary Judgment/Summary Adjudication.

5    **Exhibit E** consists of  Gilbert Sainz, M.D.'s Declaration in Support of Defendants'

6    Motion for Summary Judgment/Summary Adjudication.

7    **Exhibit F** consists of  Christopher Smith, M.D.'s Declaration in Support of

8    Defendants' Motion for Summary Judgment/Summary Adjudication.

9    **Exhibit G** consists of Dr. Evans' May 13, 2005, report to the court.

10    I declare under penalty of perjury under the laws of the State of California that

11    the foregoing is true and correct and that, if called to testify to same in a court of law, I

12    would willingly do so.

13    Executed on this 28th day of June 2006, at Sacramento, California.

14

15

16    _____

17    WILLIAM A. KRABBENHOFT

18

19

20

21

22

23

24

25

26

27

28

2

# EXHIBIT A

1

2  BILL LOCKYER
   Attorney General of the State of California
3  DARRYL L. DOKE, Lead
   Supervising Deputy Attorney General
   WILLIAM A. KRABBENHOFT, SBN: 119197
4  Deputy Attorney General
   1300 I Street, Suite 125
5  P.O. Box 944255
   Sacramento, CA 94244-2550
6  Telephone:  (916) 445-9968
   Fax:  (916) 322-8288

7

8  **Attorneys for Defendants Mike Knowles, Glen
   Douglas, M.D., Christopher Smith, M.D., Gilbert
   R. Sainz, M. D. and Brett Williams, M.D.**

9

10                    IN THE UNITED STATES DISTRICT COURT

11                   FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  | SALVADOR MENA, | CASE NO. CIV-S-03-2024 MCE GGH P |
    |---|---|

14                          Plaintiff,    **DECLARATION OF ROSANNE
                                          CAMPBELL IN SUPPORT OF**
15                                        **DEFENDANTS' MOTION FOR SUMMARY**
                  v.                      **JUDGMENT**
16
    MIKE KNOWLES, et al.,
17
                          Defendants.
18

19         I, ROSANNE CAMPBELL, declare:

20         1.    I am a United States citizen over the age of 18 years. I have personal

21  knowledge of each of the matters set forth below and if called as a witness could

22  competently testify thereto.  I have reviewed plaintiff's complaint and am familiar

23  therewith.

24         2.    I am a defendant in this case.  The following facts are based upon my

25  personal knowledge, and if called as a witness I could competently testify to those matters.

26         3.    I have been an employee of the California Department of Corrections and

27  Rehabilitation, ("CDCR"), Mule Creek State Prison as acting Warden since  September

28  2004. I am not a medical doctor and my job duties do not include providing any type of

Declaration of Rosanne Campbell

                                        1

examination, medical care or treatment to inmates.  I have no control or authority over the medical care and treatment provided to inmates.  As warden, my job centers the custodial needs and placement of inmates.  The Health Care Manager/Chief Medical Officer has the final authority over the medical care and treatment of inmates.

4.    At no time have I ever knowingly or intentionally caused Inmate Salvador Mena any pain, suffering or injury of any kind.  I have never knowingly or intentionally disregarded any risk of harm or injury to Mr. Mena.  I specifically deny that I have ever been "deliberately indifferent" to his medical needs.  I have never known of any need for Mr. Mena to receive medical care or treatment for any reason.

I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed this __22__ day of __June__, 2006, in __Ione__, California.

_Rosanne Campbell_
ROSANNE CAMPBELL
Acting Warden

10247981.wpd

Declaration of Rosanne Campbell

2

# EXHIBIT B

1   BILL LOCKYER
    Attorney General of the State of California
2   DARRYL L. DOKE, Lead
    Supervising Deputy Attorney General
3   WILLIAM A. KRABBENHOFT, SBN: 119197
    Deputy Attorney General
    1300 I Street, Suite 125
4   P.O. Box 944255
    Sacramento, CA 94244-2550
5   Telephone:  (916) 445-9968
    Fax:  (916) 322-8288
6
    **Attorneys for Defendants Mike Knowles, Glen**
7   **Douglas, M.D., Christopher Smith, M.D., Gilbert**
    **R. Sainz, M. D. and Brett Williams, M.D.**
8

9

10                      IN THE UNITED STATES DISTRICT COURT

11                    FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13   SALVADOR MENA,                          CASE NO. CIV-S-03-2024 MCE GGH P

14                            Plaintiff,      **DECLARATION OF MICHAEL KNOWLES**
                                              **IN SUPPORT OF DEFENDANTS'**
15                   v.                        **MOTION FOR SUMMARY JUDGMENT**

16   MIKE KNOWLES, et al.,

17                            Defendants.

18          I, MICHAEL KNOWLES, declare:

19          1.    I am a United States citizen over the age of 18 years. I have personal

20   knowledge of each of the matters set forth below and if called as a witness could

21   competently testify thereto.  I have reviewed plaintiff's complaint and am familiar

22   therewith.

23          2.    I am a defendant in this case.  The following facts are based upon my

24   personal knowledge, and if called as a witness I could competently testify to those matters.

25          3.    I was employed by  California Department of Corrections and Rehabilitation,

26   ("CDCR"), Mule Creek State Prison as Warden from October 1, 2000 to September 29,

27   2003. I am now retired from CDCR, and as such I have no control or authority over the

28   medical care and treatment provided to Inmate Salvador Mena ("Inmate Mena").

Declaration of Michael Knowles

1         4.   I have no authority to grant or deny any of the request Inmate Mena seeks in

2   his complaint.

3         5.   At no time have I ever knowingly or intentionally caused Inmate Salvador

4   Mena any pain, suffering or injury of any kind.  I have never knowingly or intentionally

5   disregarded any risk of harm or injury to Mr. Mena.  I specifically deny that I have ever

6   been "deliberately indifferent" to his medical needs.

7         I declare under the penalty of perjury under the laws of the State of

8   California, that the foregoing is true and correct.

9         Executed this _20th_ day of _JUNE_ , 2006, in _EL DORADO HILLS_ ,

10  California.

11                          MICHAEL KNOWLES

22  10248101.wpd

Declaration of Michael Knowles

# EXHIBIT C

1  BILL LOCKYER
    Attorney General of the State of California
2  DARRYL L. DOKE, Lead
    Supervising Deputy Attorney General
    WILLIAM A. KRABBENHOFT, SBN: 119197
3  Deputy Attorney General
    1300 I Street, Suite 125
4  P.O. Box 944255
    Sacramento, CA 94244-2550
5  Telephone: (916) 445-9968
    Fax: (916) 322-8288
6
   **Attorneys for Defendants Mike Knowles, Glen**
7  **Douglas, M.D., Christopher Smith, M.D., Gilbert**
    **R. Sainz, M. D. and Brett Williams, M.D.**
8

9                  IN THE UNITED STATES DISTRICT COURT
10
               FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12
    **SALVADOR MENA,**                    CASE NO. CIV-S-03-2024 MCE GGH P
13
                              Plaintiff,   **DECLARATION OF BRETT WILLIAMS,**
14                                         **M.D. IN SUPPORT OF DEFENDANTS'**
                         v.                **MOTION FOR SUMMARY JUDGMENT**
15
    **MIKE KNOWLES, et al.,**
16
                              Defendants.
17

18
          I, BRETT WILLIAMS, M.D., declare:
19
          1.    I am employed as a Chief Medical Officer/Health Care Manager at California
20
   Department of Corrections and Rehabilitation (CDCR), Mule Creek State Prison (MCSP),
21
   located in Ione, California. I am not a practicing physician at this time. My duties now
22
   involve administrative functions such responding to written correspondence, reviewing 2nd
23
   level 602 appeals, and overseeing the administrative functions of the medical staff.
24
          2.    I am a defendant in this case. The following facts are based upon my
25
   personal knowledge, and if called as a witness I could competently testify to those matters.
26
          3.    Medical records disclosed that I treated and/or prescribed medication to
27
   Inmate Mena on various dates from March 2003 through August 2003. Medical records
28

Declaration of Brett Williams
                                          1

also disclose that I prescribed MS Contin to Inmate Mena on or about April 2003, for his complaints of pain. The drug prescription was discontinued after it was recommended by Dr. Friend, a pain specialist, that Mr. Mena be taken off the drug. (See Defnd's Resp. to Pltff's Mtn for TRO, p.2, lines 14-21.) Dr. Friend's evaluation did not substantiate Inmate Mena's complaints of pain.

4.   Inmate Mena was provided effective pain medication, and adequate medical care consistent with the standard within the community. At no time, did I refuse to provide him with care or treatment warranted, nor did I intentionally or knowingly cause Inmate Mena any pain, suffering, injury, or harm.  I specifically deny that I have ever been deliberately indifferent to Mr. Mena's medical needs.

5.   I have read the letter prepared by the Court's appointed independent medical expert, Christopher P. Evans, M.D., and agree with Dr. Evan's opinions expressed therein.  I further agree with Dr. Evan's opinion that Inmate Mena received appropriate care and that the administration of narcotics would be inappropriate for the treatment of his prostate cancer.

I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed this 23 day of June, 2006, in Ione, California.

BRETT WILLIAMS, M.D.
Chief Medical Officer

10242548.wpd

# EXHIBIT D

1 | BILL LOCKYER
Attorney General of the State of California
2 | WILLIAM A. KRABBENHOFT, SBN: 119197
Deputy Attorney General
3 | 1300 I Street, Suite 125
P.O. Box 944255
4 | Sacramento, CA 94244-2550
Telephone:  (916) 445-9968
5 | Fax:  (916) 322-8288

6 | **Attorneys for Defendants Mike Knowles, Glen Douglas, M.D., Christopher Smith, M.D., Gilbert R. Sainz, M. D. and Brett Williams, M.D.**
7 |

8 |

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE EASTERN DISTRICT OF CALIFORNIA

11 |

| | |
|---|---|
| SALVADOR MENA, | CASE NO. CIV-S-03-2024 MCE GGH P |
| Plaintiff, | **DECLARATION OF GLEN DOUGLAS, M.D. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MIKE KNOWLES, et al., | |
| Defendants. | |

18       I, GLEN DOUGLAS, declare:

19       1.    I am a physician licensed by the Medical Board of California since

20  September 28, 1981. I received my medical degree  from Case Western Reserve University

21  Medical School, Cleveland, Ohio in 1974.  I completed level 1 internship at USAF Medical

22  Center, Keesler, AFB, Mississippi in 1975.  I completed level 2 through 4 resident years at

23  University Hospitals, Cleveland, Ohio, in 1978.  I completed a 5th year, chief residency, at

24  Miami Valley Hospital in Dayton, Ohio in 1979. I am a Fellow of the American College of

25  Obstetrics and Gynecology, and a fellow of the American College of Surgeons.

26       2.    I am a member of the American Medical Association, and the Royal Society

27  of Medicine. I serve as Assistant Clinical Professor, Department of Family Practice,

28  University of California at Davis, Sacramento Medical Center, in Sacramento, CA, and

Declaration of Glen Douglas

1

1  have done so since March 1997. I am employed as a Physician and Surgeon at California

2  Department of Corrections and Rehabilitation (CDCR), Mule Creek State Prison (MCSP),

3  located in Ione, California.

4        3.    I am a defendant in this case.  The following facts are based upon my

5  personal recollection, and review of portions of Inmate Mena's medical records.  If called

6  as a witness, I could competently testify to those matters.

7        4.    As a physician/surgeon my duties involve general medicine, and minor

8  surgery diagnosis and treatment.  I also provide acute and chronic care to the inmate

9  patients at CDCR.

10        5.    I examined and treated Inmate Salvador Mena ("Inmate Mena") on several

11  occasions from approximately August 2000, to August 2003.

12        6.    It is my professional opinion that Inmate Mena is not suffering from pain

13  related to symptoms of prostate cancer.  He received a biopsy in 1998, which may have

14  removed any traces of his cancer, and has received several whole body bone scans

15  indicating negative results concerning the spread of cancer.

16        7.    It is my professional opinion that Motrin or Aspirin should be sufficiently

17  effective for any osteoarthritis pain he may suffer.  He does not appear to have pain related

18  to prostatic cancer.

19        8.    I provided Inmate Mena with effective pain medication, according to clinical

20  needs assessed, and adequate medical care consistent with the standard within the

21  community. At no time, did I refuse to provide him with care or treatment warranted, nor

22  did I intentionally or knowingly cause Inmate Mena any pain, suffering, injury, or harm. I

23  specifically deny that I have been deliberately indifferent to Mr. Mena's medical needs.

24        9.    I have read the letter prepared by the Court's appointed independent

25  medical expert, Christopher P. Evans, M.D., and agree with Dr. Evan's opinions expressed

26  therein.  I further agree with Dr. Evan's opinion that Inmate Mena received appropriate

27  care and that the administration of narcotics would be inappropriate for the treatment of his

28  claim of prostate cancer.

Declaration of Glen Douglas

1        I declare under penalty of perjury under the laws of the State of California, that

2   the foregoing is true and correct.

3        Executed this 22ND, day of ___June___, 2006, in SACRAMENTO

4   _____, California.

5                                              _Glendouglas_____

6                                              GLEN DOUGLAS
                                               Physician & Surgeon

7   10242472.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Glen Douglas

                                3

# EXHIBIT E

BILL LOCKYER
  Attorney General of the State of California
DARRYL L. DOKE, Lead
  Supervising Deputy Attorney General
WILLIAM A. KRABBENHOFT, SBN: 119197
  Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 445-9968
  Fax:  (916) 322-8288

**Attorneys for Defendants Mike Knowles, Glen
Douglas, M.D., Christopher Smith, M.D., Gilbert
R. Sainz, M. D. and Brett Williams, M.D.**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MENA,<br><br>                                      Plaintiff,<br><br>              v.<br><br>MIKE KNOWLES, et al.,<br><br>                                      Defendants. | CASE NO. CIV-S-03-2024 MCE GGH P<br><br>**DECLARATION OF GILBERT SAINZ IN<br>SUPPORT OF DEFENDANTS' MOTION<br>FOR SUMMARY JUDGMENT** |

I, GILBERT SAINZ, declare:

1.    I am a United States citizen over the age of 18 years. I have personal knowledge of each of the matters set forth below and if called as a witness could competently testify thereto.  I have reviewed plaintiff's complaint and am familiar therewith.

2.    I am a defendant in this case.  The following facts are based upon my personal knowledge, and if called as a witness I could competently testify to those matters.

3.    I was employed by  California Department of Corrections and Rehabilitation, ("CDCR"), Mule Creek State Prison as a physician and surgeon from November 1997, to June 2002.  I am now retired from CDCR, and as such I have no control or authority over the medical care and treatment provided to Inmate Salvador Mena ("Inmate Mena").

Declaration of Gilbert Sainz, M.D.

1

4. I have no authority to grant or deny any of the requests Inmate Mena requests in his complaint.

5. I provided Inmate Mena with adequate medical care consistent with the standard within the community. At no time, did I refuse to provide him with care or treatment warranted, nor have I ever knowingly or intentionally caused Inmate Mena any pain, suffering or injury of any kind. I have never knowingly or intentionally disregarded any risk of harm or injury to Mr. Mena. I specifically deny that I have ever been "deliberately indifferent" to his medical needs.

6. Any decision I made regarding Inmate Mena medical needs was based on my medical opinion and clinical evidence, and was not made in any attempt to cause him any pain or suffering.

7. I have read the letter prepared by the Court's appointed independent medical expert, Christopher P. Evans, M.D., and agree with Dr. Evan's opinions expressed therein. I further agree with Dr. Evan's opinion that Inmate Mena received appropriate care and that the administration of narcotics would be inappropriate for the treatment of his prostate cancer.

I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed this 26 day of June, 2006, in Sacramento, California.

Gilbert Sainz, MD
GILBERT SAINZ, M.D.

10248054.wpd

Declaration of Gilbert Sainz, M.D.

2

# EXHIBIT F

1  BILL LOCKYER
    Attorney General of the State of California
2  DARRYL L. DOKE, Lead
    Supervising Deputy Attorney General
3  WILLIAM A. KRABBENHOFT, SBN: 119197
    Deputy Attorney General
4  1300 I Street, Suite 125
    P.O. Box 944255
5  Sacramento, CA 94244-2550
    Telephone: (916) 445-9968
6  Fax: (916) 322-8288

7  **Attorneys for Defendants Mike Knowles, Glen**
    **Douglas, M.D., Christopher Smith, M.D., Gilbert**
8  **R. Sainz, M. D. and Brett Williams, M.D.**

9

10                IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  **SALVADOR MENA,**                    CASE NO. CIV-S-03-2024 MCE GGH P

14                          Plaintiff,    **DECLARATION OF CHRISTOPHER**
                                          **SMITH, M.D. IN SUPPORT OF**
15            v.                          **DEFENDANTS' MOTION FOR SUMMARY**
                                          **JUDGMENT**
16  **MIKE KNOWLES, et al.,**

17                          Defendants.

18

19         I, CHRISTOPHER SMITH, declare:

20         1.    I am currently employed as Chief Physician and Surgeon at California

21  Department of Corrections and Rehabilitation ("CDCR"), Mule Creek State Prison ("MCSP")

22  located in Ione, California. I am licensed to practice medicine in the State of California. I

23  have been employed as Chief Physician and Surgeon since May 2003, and in that role, I

24  review medical records and 602 inmate appeals requests.

25         2.    I examined and treated plaintiff Salvador Mena on several occasions from

26  approximately March 2001, to August 2002. I have also reviewed a number of plaintiff's

27  602 inmate appeal complaints regarding the medical treatment or pain medication he has

28  received at MCSP. Because of this, I am familiar with plaintiff's complaints and am

1 | qualified to offer opinions about his care.

2        3.    It is my medical opinion that plaintiff is not suffering from pain related to
3 | prostate cancer.  While plaintiff does have cancer, it is microscopic, it has not spread, and
4 | cannot possibly cause pain.  Plaintiff received two medical consults, one by Dr. Friend, a
5 | pain specialist, and another by Dr. Schimon, a urologist.  Both of the consultants were of
6 | the opinion that Inmate Mena was not suffering from metastatic prostate cancer, and that
7 | there was no clinical evidence that he was suffering from pain warranting the use of M.S.
8 | Contin. The proper treatment for plaintiff's cancer is hormonal treatment to suppress the
9 | male hormones, or local radiation to the prostate.  Plaintiff has refused this treatment for
10 | years, instead insisting that his pain be treated only with MS Contin (generic name for
11 | morphine), and Neurontin.

12        4.    In my medical opinion the alleged pain plaintiff claims to suffer from, is
13 | properly treated by non-narcotic medicine such as Aspirin or Motrin, and does not warrant
14 | narcotic medicine such as M.S. Contin.  Neurontin should not be prescribed to plaintiff as
15 | he does not have nerve damage problems, and is now restricted to people who have nerve
16 | damage, for example people with severe diabetes.  Plaintiff is not a good candidate for
17 | Neurontin.

18        5.    It is also my medical opinion that plaintiff is not suffering from pain related
19 | to his diagnosis of Hepatitis C, because plaintiff does not exhibit a clinical picture
20 | consistent with active Hepatitis C, and that Aspirin or Motrin should be sufficiently
21 | effective to treat any osteoarthritis pain plaintiff claims to suffer.

22        6.    Inmate Mena was provided with effective pain medication, and adequate
23 | medical care consistent with the standard within the community. At no time, did I refuse to
24 | provide him with care or treatment warranted, nor did I intentionally or knowingly cause
25 | Inmate Mena any pain, suffering, injury, or harm.  I specifically deny that I have been
26 | deliberately indifferent to Mr. Mena's medical needs.

27        7.    I have read the letter prepared by the Court's appointed independent
28 | medical expert, Christopher P. Evans, M.D., and agree with Dr. Evan's opinions expressed

Declaration of Christopher Smith, M.D.

1  therein.  I further agree with Dr. Evan's opinion that Inmate Mena received appropriate

2  care and that the administration of narcotics would be inappropriate for the treatment of his

3  prostate cancer.

4         I declare under penalty of perjury under the laws of the State of California, that

5  the foregoing is true and correct.

6         Executed this __26__, day of __June__, 2006, in __IONE,_____,

7  California.

8

9                          CHRISTOPHER SMITH, M.D.
10                         Chief Physician and Surgeon

11

12

13

14

15

16

17

18

19

20

21

22

23  10242480.wpd

24

25

26

27

28

Declaration of Christopher Smith, M.D.

2

# EXHIBIT G

UNIVERSITY OF CALIFORNIA, DAVIS



BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO     SANTA BARBARA • SANTA CRUZ

May 4, 2005

SCHOOL OF MEDICINE
DEPARTMENT OF UROLOGY
4860 Y STREET, SUITE 3500
SACRAMENTO, CALIFORNIA 95817
TELEPHONE: (916) 734-2823
FAX: (916) 734-8094

The Honorable Gregory G. Hollows
United States District Court
501 I Street, Eighth Floor
Sacramento CA 95814

**FILED**

MAY 1 3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

Dear Judge Hollows,

In my appointment as the court's independent medical expert in the case of Salvador Mena vs Mike Knowles et al (USDC case number #CIV S-03-2024 MCE GGH P) I have reviewed the medical records. Per our discussion I have also discussed the case at the University of California Davis Cancer Center Genitourinary Tumor Board. The summary of my findings and the consensus opinion of the tumor board is below.

Mr. Mena presented with a prostate nodule and PSA of 1.3 in July 1998. At that time he underwent a prostate biopsy, which demonstrated a Gleason score 7 (3+4) adenocarcinoma of the prostate in 1 of 6 cores. He had a metastatic work up to include a bone scan. The bone scan showed some uptake in a variety of areas including his distal femur and plain films were obtained for this. The lesions in the bone were lytic, not blastic. When prostate cancer metastasizes to bone is usually appears as a blastic lesion in 90% of cases. His did not appear blastic. The patient's past medical history according to the records includes arthritis, degenerative joint disease, psychosis and a history of opiate dependency.

Mr. Mena declined definitive treatment for his prostate cancer, such as radiation therapy or surgery. He desired supportive care over the ensuing years mainly with the use of morphine sulfate. However, he had several further bone scans in 2000, 2001 and 2003. None of these showed any evidence of prostate cancer metastases. He had additional "plain films" which again were not supportive for metastases. He also had alkaline phosphatase which would be elevated in the face of metastases. These tests were all normal. The blood level of PSA is another good indication of whether a patient with prostate cancer, has metastases. His PSA was initially 1.3 (normal less then 4) in between July 1998 and October 2004 it has really never changed. In July in 2001 it went to 5.35 but then returned down to below 2.5 over the ensuing 2 years and most recently in October 2004 it was only 1.8.

My opinion and that of the genitourinary tumor board is that it is extremely unlikely that Mr. Mena has any prostate cancer metastases. This is based upon his numerous x-rays not supporting this diagnosis and his very stable and low PSA. The likelyhood of having any pain requiring narcotics with prostate cancer as the underlying cause is extremely remote in the absence of metastasis. It is also unlikely that his arthritis and generative joint disease would cause this degree of pain in the view of the Tumor Board, however, this will ultimately need to be evaluated by a specialist such as a rheumatologist. Mr. Mena did see a specialist in physical medicine and rehabilitation who felt that he had no etiology for his pain. We do agree that it is Mr. Mena's right to decline definitive local therapy and psychiatric evaluations and indicated that he is capable of making an informed decision. However, the consciences opinion is that narcotics are not an appropriate treatment for localized prostate cancer as it does not cause pain. He has been appropriately evaluatated for confounding psychiatric conditions such as depression which may play a role in how he is feeling and these have been adequately evaluated. As such, we feel he has received appropriate care and that the administration of narcotics would be inappropriate for the treatment of his prostate cancer. While we did take in to account Mr. Mena's history of opiate dependence, which obviously may play a role in his desire for narcotics, we based our discussion and decision upon the medical data regarding his prostate cancer and feel that based on that and that alone, narcotics are not warranted for the treatment of his prostate cancer. If you have any further questions regarding this expert medical opinion please feel free to contact me.

Sincerely,

Christopher P. Evans MD
Associate Professor, Urological Surgical Oncology

# EXHIBIT H

1   BILL LOCKYER
      Attorney General of the State of California
2   DARRYL L. DOKE, Lead
      Supervising Deputy Attorney General
3   WILLIAM A. KRABBENHOFT, SBN: 119197
      Deputy Attorney General
4   1300 I Street, Suite 125
      P.O. Box 944255
5   Sacramento, CA 94244-2550
      Telephone: (916) 445-9968
6   Fax: (916) 322-8288

7   **Attorneys for Defendants Mike Knowles, Glen
    Douglas, M.D., Christopher Smith, M.D., Gilbert**
8   **R. Sainz, M. D. and Brett Williams, M.D.**

ORIGINAL
FILED

OCT 1 4 2004

... COURT
... FORNIA

9

10                  IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13   SALVADOR MENA,                         CASE NO. CIV-S-03-2024 MCE GGH P

14                          Plaintiff,       **DECLARATION OF CHRISTOPHER
                                             SMITH, M.D. IN SUPPORT OF**
15          v.                               **RESPONSE TO PLAINTIFF'S MOTION
                                             FOR RESTRAINING ORDER AND**
16   MIKE KNOWLES, et al.,                   **PRELIMINARY INJUNCTION**

17                          Defendants.

18

19          I, CHRISTOPHER SMITH, declare:

20          1.   I am currently employed as Chief Physician and Surgeon at Mule Creek State

21   Prison. I am licensed to practice medicine in the State of California.  I have been employed

22   as Chief Physician and Surgeon since May 2003, and in that role, I review 602 inmate

23   appeals requests.

24          2.   Defendant Mike Knowles is no longer warden at Mule Creek State Prison,

25   and is now employed at California State Prison, Folsom, California.  Defendant Dr. Gilbert

26   Sainz has been retired from Mule Creek State Prison for approximately 2 years.

27   ///

28   ///

Declaration of Christopher Smith, M.D.

1

3.    I examined and treated plaintiff Salvador Mena on several occasions from approximately March 2001, to August 2002.  Attached hereto as Exhibit B-G are true and correct copies of medical records from Mr. Mena's medical file.

4.    I have also reviewed a number of plaintiff's 602 inmate appeal complaints regarding the medical treatment or pain medication he has received at Mule Creek State Prison.  Because of this, I am familiar with plaintiff's complaints and am qualified to offer opinions about his care.  (See Exhibit A.)

5.    It is my medical opinion that plaintiff is not suffering from pain related to prostate cancer.  While plaintiff does have cancer, it is microscopic, it has not spread, and cannot possibly cause pain.  The proper treatment for plaintiff's cancer is hormonal treatment to suppress the male hormones, or local radiation to the prostate.  Plaintiff has refused this treatment for years, instead only wanting narcotic medicine.

6.    In my medical opinion the alleged pain plaintiff claims to suffer from, is properly treated by non-narcotic medicine such as Aspirin or Motrin, and does not warrant narcotic medicine such as M.S. Contin (generic name for morphine).  It was recommended by Dr. Friend, a Sacramento doctor who is a pain specialist, that plaintiff be tapered off the medication named M.S. Contin because the results of Dr. Friend's exam did not substantiate any source of pain claimed to be suffered by Inmate Mena.  (See Exhibit B.)

7.    In my medical opinion, "neurotin" should not be prescribed to plaintiff as he does not have nerve damage problems.  Neurotin is now restricted to people who have nerve damage, for example people with severe diabetes.  Plaintiff is not a good candidate for neurotin.

8.    It is my medical opinion that plaintiff is not suffering from pain related to his diagnosis of Hepatitis C, because plaintiff does not exhibit a clinical picture consistent with active Hepatitis C.  (See Exhibit C.)

9.    It is my medical opinion that Aspirin or Motrin should be sufficiently effective to treat any osteoarthritis pain plaintiff claims to suffer.

/ / /

1    10. In my medical opinion, plaintiff has been provided with more than adequate

2  medical care while incarcerated at Mule Creek State Prison, and has also been provided

3  with appropriate pain medication to treat his complaints of pain. The institution's refusal to

4  prescribe M.S. Contin and/or neurotin to treat plaintiff's alleged pain does not threaten

5  irreparable harm to plaintiff.

6    I declare under penalty of perjury of the laws of the State of California that, to the

7  best of my recollection and belief, the foregoing is true and correct and that, if called to

8  testify to same in a court of law, I would willingly do so.

9    Executed this ___14___ day of October 2004, at ___INEE___,

10 California.

11

12  _____
    CHRISTOPHER SMITH, M.D.
13  Chief Physician and Surgeon

14

15

16

17

18

19

20

21

22

23

24

25

26  10089615.wpd

27

28

Declaration of Christopher Smith, M.D.

3

**EXHIBIT A**

INMATE NAME AND NUMBER:    MENA – C-27575

*Housing Unit:*    ~~13L~~  A1 217L

FIRST LEVEL MEDICAL APPEAL RESPONSE (LOG #03-00235 AND LOG #03-00392)

MULE CREEK STATE PRISON

*Action(s) Appealed:*    Medical evaluation and medications prescribed.

*Action(s) Requested:*    "I ask that Dr. Douglas stop issuing psych meds for physical pain, that he stop issuing medication that damages the liver, knowing that I suffer from HCV. That I be interviewed by a HCV specialist. That MCSP comply with the stipulation settlement in Plata vs. Davis. That I be provided pain relief, that Dr. Douglas stop this inhumane treatment of inmates". "That Dr. Douglas, MD, stop playing games with supposed patients, that he not take any reprisals against inmates who challenge his unlawful practice. That Dr. Douglas refer me to a specialist that deals with chronic pain due to cancer and HCV. That Dr. Douglas be told not to lie to his patient. That Dr. Douglas prescribe MS Contin as previously prescribed." is PARTIALLY GRANTED.

*Evaluation*

Inmate Mena is well known to me. I used to see Inmate Mena on a regular basis when I was previously assigned as the physician on A-yard. He has a known history of prostate cancer which is localized to the prostate. When he arrived here at Mule Creek, he was on narcotic medications because of the presumption that he had cancer spread outside of the prostate. After completion of the extensive work-up, including consultations with urologist and oncologist, we found that he did not have cancer disseminated out of the prostate, but was limited to the prostate. He has refused any therapy directed toward the prostate, including surgical and chemotherapy. He refused urology surgery most recently on 6-14-02. I personally weaned the inmate off of narcotics approximately two years ago after finding he did not have cancer spread outside of the prostate. He was evaluated for his pain, including referring the inmate to a physiatrist who interviewed, examined the inmate and also did EMG's and nerve conduction studies without any significant findings. I last treated the inmate with non-narcotic analgesics and he appeared to be satisfied with that during my time when I used to treat him. He is currently seeing Dr. Douglas, who has him on a combination of aspirin and Depakote. He has some concern regarding the Depakote because of Hepatitis C. I reviewed the liver functions, his ALT is only 67 which is minimally elevated. This is not a contraindication to the Depakote, as long as the LFTs are monitored. He has seen the Telemedicine GI Clinician. He was last seen in Telemedicine on 2-14-03 regarding Hepatitis C.

PAGE TWO
MENA – C-27575
APPEAL LOG #03-00235 AND 03-0392

The consultant did not make any recommendations regarding discontinuing any other medications which are being prescribed by Dr. Douglas.  The inmate is scheduled for additional blood tests, with a follow-up visit in the GI Telemedicine Clinic in the next few months.  I do not see where Dr. Douglas is making any reprisals against you, but is trying to work with you on a treatment regiment which is reasonable based on your medical condition.

*Conclusion*

The appeal is PARTIALLY GRANTED based on the above discussion.

CHRISTOPHER J. SMITH, M.D., F.A.C.P.

CJS:ks

cc:     C-File
        Appeals Office

dd:     3-07-03
dt:     3-10-03

EXHIBIT B

OUTPATIENT PROGRESS NOTE

**DATE OF EXAMINATION:**                    11-8-00 (at approximately 10:30 hours)

**SUBJECTIVE:**                    The inmate is a 56-year-old Hispanic male who is being seen at the request of Dr. Sainz, Health Care Manager. The inmate has a history of microscopic prostate cancer, diagnosed in 1998 by needle biopsy. The inmate arrived here from CSP Sacramento on 8-23-00, carrying a diagnosis of metastatic prostate cancer. Upon further review of the inmate's chart, particularly the most recent diagnostic studies, do not substantiate a diagnosis of metastatic prostatic cancer that the inmate presented with. Evaluation today included the interview, evaluation of the patient's outpatient medical records, including laboratory studies and prior consultations. The inmate claims pain for approximately three years in duration involving the lower back area, particularly the right side, and some involvement of the right thigh area. He also describes some vague pain, sharp in nature, involving the perirectal area, with shooting sensations going toward the base of the penis and also involving the scrotal area. He denies any abnormal stool formation or any symptoms of hematuria, pyuria, or any kind of penile discharge. After a lengthy discussion with the health care providers here at this institution, Dr. Sainz, the Health Care Manager, elected to continue the MS Contin at 15 mg twice a day while the inmate undergoes further evaluation. The inmate recently was sent to a urology consultant at Doctors Hospital of Manteca on 10-10-00. Dr. Schimon reviewed the inmate's records and also interviewed the inmate. The inmate was given the opportunity to elect treatment which may eradicate the cancer, but the inmate at this time, with the understanding of potential complications from failure to treat, is adamantly against any treatment for the microscopic prostatic cancer. Dr. Schimon, upon review of the laboratory data, did not find any evidence of any metastatic prostate cancer. My review of the chart supports Dr. Schimon's conclusion. The inmate has had multiple studies, including plain x-rays taken on 3-6-00 of the cervical spine, thoracic spine and both knees, without any evidence of any metastatic disease or major arthritic findings. He has also had plain x-rays on 9-20-00 of the pelvis and the right femur and again of the lumbar spine and the right knee, again being unremarkable. PSA study most recently on 10-31-00 was normal at 1.19, and on 4-16-00 it was 1.04. His labs also were remarkable on 10-31-00 for a normal CBC. The BUN and creatinine were normal, as was the calcium and alkaline phosphatase. His urinalysis likewise on 10-31-00 was normal. The sedimentation rate was 13. A bone scan completed on 6-12-00 only showed possible arthritis involving the right patella, without any evidence of metastatic disease.

**OBJECTIVE:**                    General appearance - the inmate is a well-developed, well-nourished Hispanic male in no acute distress. General observation noted the inmate to walk slightly favoring the right lower extremity, using a walking cane. The skin was remarkable for tattoos, otherwise unremarkable. HEENT exam noted the pupils to be approximately 3 mm, equal, round and reactive to light and accommodation. Funduscopic exam was unremarkable. The oral cavity was unremarkable. The neck was remarkable for absence of any adenopathy. Likewise, the supraclavicular and axillary areas were also remarkable for absence of any node presence. The chest was clear to auscultation without any chest wall discomfort. Cardiovascular exam noted a normal S1 and S2 without murmur or gallop. Abdomen was quite benign with no organomegaly or discomfort being appreciated. Back noted some exaggerated response to light touching involving the area between the scapula and the lumbosacral junction and the right paraspinal area. The inmate was rotated while standing  He had good range of motion without any increased pain. He was also placed in a flexion position without any increase in pain. Examination in the supine position - there was negative straight leg raising bilaterally. Rotation of the right leg internally and externally noted some slight discomfort in the right hip joint. The left lower extremity was unremarkable. Examination of the hand for signs of any arthritic changes was remarkable for the absence of any arthritic changes involving the wrists, metacarpal, PIP or DIP joints. He had a good hand grip bilaterally. Elbow extensor areas lacked any subcutaneous nodularity, and the elbows themselves noted no swelling, with good flexion and extension.

D0615

MENA, Salvador          C27575          ....... PROGRESS NOTE          11-8-00

Rectal exam was undertaken. Inspection of the area was unremarkable. The inmate had the rectal area further visualized with an anoscope. Again, the area was unremarkable; there was no abnormal masses or bleeding identified, nor hemorrhoidal tissue. Digital examination noted the prostate to be smooth. There was no gross nodularity or discomfort on palpation of the prostate. The testes were both unremarkable and nontender. The penile shaft was unremarkable; there was no discharge. Both inguinal areas lacked any adenopathy. Evaluation for hernias - visually and by palpation and exam after Valsalva maneuvers was unremarkable. Detailed neurological exam was undertaken by Dr. Friend, PM&R, after my exam, without any abnormalities identified, including any sensory deficits of the back and lower extremities.

**CONCLUSION:**

1. Microscopic prostate cancer by prior biopsy in 1998 with clearly no evidence objectively of disease outside of the prostate capsule. Certainly no objective findings to substantiate the inmate's claim of significant pain which would warrant continuation of the narcotics being provided.

2. Per chart review, the inmate's current mental health diagnosis includes chronic depression, delusional disorder and paranoid schizophrenia. Currently he is on Zoloft 50 mg per day.

**PLAN:**                    I discussed the examination and negative findings with Inmate Mena. I also advised him that I would get an opinion from a pain specialist, Dr. Friend, the PM&R, who was here at the institution. I discussed the case with Dr. Friend, who also completed an examination today. Dr. Friend concurred with the evaluation thus far. He could not find any physical findings to be consistent with the inmate's claim of pain involving particularly the peritoneal area. He found no evidence of radiculopathy. His impression was rectal perianal and genital chronic pain disorder, also involving the right hip, with no evidence of neurological compromise.

The plan at this time, per Dr. Friend, after discussing the case with me, will be an EMG of the right lower extremity as a final diagnostic procedure. Dr. Friend recommended detoxing the inmate from the MS Contin, since evaluation does not substantiate any source of pain.

_C. Smith_

CHRISTOPHER J. SMITH, M.D., F.A.C.P.

CJS:dh

cc:   Gilbert Sainz, M.D./H.C.M.
      Mental Health Department

DD:   11-8-00
DT:   11-9-00

D0616

**JOHN H. FRIEND, M.D.**
**PHYSICAL MEDICINE AND REHABILITATION**
**ELECTRODIAGNOSIS**
5120 J STREET, SUITE E
SACRAMENTO, CA  95819
TELEPHONE: (916) 452-2761
FAX: (916) 452-2762

November 29, 2000

Mule Creek State Prison                                PT: Mena, Salvador
P. O. Box 409099                                       DOV: 11/22/00
Ione, CA  95640                                        CDC#: C27575
Attn: Health Services

ELECTROMYOGRAPHIC EXAMINATION:
INDICATIONS: Rectal, genital, peroneal and right thigh pain.

Motor nerve conduction studies were performed on right lower extremity as follows:

RIGHT PERONEAL        A.  5.3 msec. distal latency
NERVE:                    M wave of 4.0 mv
                          43 met./sec. calf conduction


RIGHT POSTERIOR       A.  5.5 msec. distal latency
TIBIAL NERVE:             M wave of 4.0 mv
                          44 met./sec. calf conduction

The late responses, i.e. the H reflexes, for the S1 nerves demonstrated latencies of 33.0 msec. on the right
and 35.0 msec. on the left. The F waves for the L5 nerves demonstrated latencies of 49.6 msec. on the left
and 49.1 msec. on the right.

Electromyographic examination was attempted on the muscle of the right lower extremity and right
lumbar paraspinous muscles, however, after sampling the quadriceps muscles of the femoral nerve
distribution of the right thigh, Mr. Mena requested the examination be terminated.

On evaluation of the quadriceps muscle during rest fibrillation, sharp wave and fasciculation potentials
were not noted. The interference pattern demonstrated numerous motor units of normal amplitude with a
full interference pattern.

IMPRESSION:   The EMG for the right femoral nerve distribution does not show evidence of axonal
degeneration, i.e. motor nerve injury and is considered to be within normal limits. Further testing of the
right hip, calf, and paraspinous muscles were not done as the testing was terminated by the request of the
inmate after the femoral nerve distribution was evaluated.

The motor nerve conduction studies and also the late responses for the L5 and S1 nerves of the right lower
extremity were within normal limits.

                                          Sincerely,


                                          JOHN H. FRIEND, M.D.

JHF: wmls

D0618

**EXHIBIT C**

**REQUEST FOR GASTROENTEROLOGY CONSULTATION**

| | |
|---|---|
| **DATE OF BIRTH:** | 5-17-44 |
| **INSTITUTION:** | Mule Creek State Prison |

**SUBJECTIVE:** The inmate is a 58-year-old Hispanic male who has a known history of polysubstance abuse, including heroin, for many years. He has been incarcerated, also, for many years. The inmate has known exposure to hepatitis A, B and C by prior serology. His other significant medical history includes prostatic carcinoma which is limited to the prostatic capsule. He has not been very cooperative with the oncology staff to follow his condition. He has refused therapy up until this point by the oncologist and urologist, declining any form of treatment, whether it be radiation, chemotherapy or surgical intervention for the prostatic carcinoma.

**OBJECTIVE:** His PSAs have continued to remain normal. I did see him on 3-5-02 to discuss why he has continued to refuse follow-up diagnostic studies, including an ultrasound of the testicle and blood work, which was requested by the oncologist. He did agree on 3-5-02 that he would reconsider, and did have the blood work taken on 3-27-02. His liver functions have been elevated for several years. An HIV was drawn on 4-12-02, which is pending, and a hepatitis C viral load was obtained on that same date. The hepatitis C viral load is 298,600. Urinalysis was unremarkable on 4-12-02. His CBC is remarkable for a normal white cell count, hemoglobin, hematocrit, and a normal platelet count. His PSA is 1.78 (normal 0-4). Sedimentation rate is 24. Liver functions on 3-27-02 – AST 59, ALT 67.

**ASSESSMENT:** Hepatitis C with polysubstance abuse history.

**PLAN:** Gastroenterology consultation.

CHRISTOPHER J. SMITH, M.D., F.A.C.P.
CJS:dh

MAR COMMITTEE 5/9/02
APPROVED / DENIED / DEFERRED

| TYPE OF REPORT (Specify) | | SIGNATURE OF PROVIDER **CHRISTOPHER J. SMITH, M.D., F.A.C.P.** | | |
|---|---|---|---|---|
| ☐ HISTORY & PHYSICAL EXAM CDC 7206 | ☐ DISCHARGE SUMMARY CDC 7218 | PATIENT'S NAME (LAST, FIRST, MI) **MENA, Salvador** | | |
| ☐ PROGRESS NOTE CDC 7230 | ☐ DEATH REPORT CDC 7229 | CDC NUMBER **C27575** | DATE DICTATED **4-22-02** | DATE TYPED **4-30-02** |
| ☐ CONSULT REPORT CDC 7243 | ☐ TRANSFER SUMMARY CDC 7295 | INSTITUTION **MULE CREEK STATE PRISON** | EPC): Life | |
| ☐ OPERATION REPORT CDC 7205 | ☒ OTHER (Specify) **CONSULT REFERRAL** | UNIT / WING / BED # i-213L | HOSPITAL / CENTER 0216020470 | |

**HEALTH RECORD REPORT**

CDC 7292 (11/89)   MAY 06 2002
STATE OF CALIFORNIA                                         DEPARTMENT OF CORRECTIONS

D0603

**EXHIBIT D**

```
DOCTORS HOSPITAL OF MANTECA   PT:  MENA, SALVADORE
1205 East North Street        MR#:  000230749        DHM
Manteca, CA  95336            PT:  0                 RM:
                             ADM:  10/10/2000        DIS:
C27575                       ACCT:  5577317          AUTH ID:  0801
DOB:  05/17/1944             201705 SCHIMON
Page 1                                           CONSULTATION REPORT
```

cc:  CORRECTIONAL FACILITY
     WALTER J. SCHIMON, M.D.

CHIEF COMPLAINT
Prostate cancer.

HISTORY OF PRESENT ILLNESS
This is a 56 year-old known heroin addict who had needle biopsy of
the prostate done in 1998, which revealed Gleason 3-4 in one biopsy
specimen. His latest prostatic specific antigen on May 10, 2000 was
1.219. The patient has many complaints at this time, including
chronic lower extremity pain with pain in the perineal area, and he
has been continued on MS Contin for this problem. He has been
offered surgery versus radioactive seeds or external beam
radiotherapy in the past, but refuses all treatment for any type of
cure. He is still adamant at this time, and does not wish any
treatment for cure, and understands about the progression of the
disease, and that it will begin to spread and cause severe bony
distress or pain.

He has had follow-up bone scan recently, which showed no evidence of
metastases, per the report that I have from the prison. Because of
his complete reluctance for any type of intervention or treatment
for cure at this point, I would recommend that he has periodic
prostatic specific antigens done about every 6 months to watch the
progression of the disease. I gave him my opinion, and that would be
to expedite external beam radiotherapy at this point, and attempt to
cure it, but he is adamant against it.

He will return on a p.r.n. basis to see us if he has any further
problems, but I believe that he may be addicted to MS Contin at this
point, and is drug seeking because his symptoms of bony pain are not
consistent with bony metastases from the prostate gland at this
point. Prostatic specific antigen should be done on a regular basis
every 6 months at least.

D0612

CC:  CORRECTIONAL FACILITY

```
DOCTORS HOSPITAL OF MANTECA   PT:  MENA, SALVADORE
1205 East North Street        MR#:  000230749      DHM
Manteca, CA  95336            PT:  0               RM:
                              ADM:  10/10/2000     DIS:
                              ACCT:  5577317       AUTH ID:  0801
C27575                        201705 SCHIMON
DOB:  05/17/1944
Page 2                                          CONSULTATION REPORT
```

```
WS:m2
D. 10/10/2000 12:44 P
T. 10/10/2000 12:56 P
JOB #:201705
DOCUMENT # 224951
                        WALTER J. SCHIMON, M.D.
```

D0613

CC:  CORRECTIONAL FACILITY

# CENTRAL COAST PATHOLOGY CONSULTANTS, INC.

### A Medical Group

D.M. Lawrence, M.D.   S.B. Jobst, M.D.   J.B. Hannah, M.D.   C.L. Douglas, M.D.
P.O. BOX 8139  San Luis Obispo, California  93403
(805) 546-7981  Fax: (805) 546-7781

Patient: **MENA, SALVADOR**

Accession#: **CPS-98-06506**

Date Coll/Rec'd: 07/06/98          Sex: M     DOB: 05/17/44

Physicians: **GENE HORI, MD.**         ID#: CMC #C27575
             **CALIFORNIA MENS COLONY**

**DIAGNOSES:**     Prostate, "left base" (needle core biopsy)
            - **PROSTATIC ADENOCARCINOMA, MODERATELY DIFFERENTIATED
               (GLEASON GRADE 3+4, SUM SCORE 7)**
            - **MAXIMUM TUMOR SIZE 2 MM**

            Prostate, "left apex" (needle core biopsy)
            - **NO EVIDENCE OF MALIGNANCY OR SIGNIFICANT ATYPIA**

            Prostate, "left mid" (needle core biopsy)
            - **NO EVIDENCE OF MALIGNANCY OR SIGNIFICANT ATYPIA**

            Prostate, "right base" (needle core biopsy)
            - **NO EVIDENCE OF MALIGNANCY OR SIGNIFICANT ATYPIA**

            Prostate, "right mid" (needle core biopsy)
            - **NO EVIDENCE OF MALIGNANCY OR SIGNIFICANT ATYPIA**

            Prostate, "Right apex" (needle core biopsy)
            - **NO EVIDENCE OF MALIGNANCY OR SIGNIFICANT ATYPIA**

NOTE:  Step cuts were made on all six specimens. The case was reviewed with
Dr. Jobst who concurs with the diagnosis.          JBH:sk
                                                   07/07/98

_David M. Lawrence, M.D._     _Steven B. Jobst, M.D._     _James B. Hannah, M.D._     _Cynthia L. Douglas, M.D._

## SURGICAL PATHOLOGY REPORT

D0554

EXHIBIT E

DOCTORS HOSPITAL OF MANTECA          PT:  MENA, SALVADORE
1205 East North Street               MR#:  000230749          DHM
Manteca, CA  95336                   PT:  2                   RM:
                                     ADM:  07/25/2001         DIS:  07/25/2001
                                     ACCT:  6054829           AUTH ID:  0184
                                     210330SAIN
DOB:  05/17/1944
Page 1                                                    RADIOLOGY REPORT

CC:   CORRECTIONAL FACILITY, C27575

FILE #:  088912           DATE OF SERVICE: 07/25/01

CLINICAL DATA
Cancer of prostate.  Rule out metastatic disease.

WHOLE BODY BONE SCAN
Whole body bone scan was done after the intravenous administration of 21.1
mCi Technetium 99m MDP.  Anterior and posterior views were obtained.

The scan shows slightly increased uptake in the right knee, suggestive of
arthritis.  The rest of the scan is normal.  Metastatic lesions are not
present.

IMPRESSION
Scan is negative for metastatic disease.


Not authenticated until electronically signed.
AS:m8
D. 07/25/2001 4:08 P
T. 07/26/2001  2:46 P
JOB #:210330
DOCUMENT # 465269

                                        ANIL K. SAIN, M.D.


Authenticated by Anil Sain, M.D. On 7/28/01 12:59:58 PM

**EXHIBIT F**

```
DOCTORS HOSPITAL OF MANTECA    PT:  MENA, SALVADORE
1205 East North Street         MR#:  000230749        DHM
Manteca, CA  95336             PT:   2                RM:
                               ADM:  06/10/2003       DIS:
C27575                         ACCT:  7283583         AUTH ID:  0507
DOB:  05/17/1944               000217446 WAYNE           COSIGN: 0801
Page 1                                               HISTORY AND PHYSICAL
```

cc:   CORRECTIONAL FACILITY
      WALTER J. SCHIMON, M.D.
      KEVIN WAYNE, P.A.C.

HISTORY OF PRESENT ILLNESS
This 59-year-old prisoner patient is here for follow-up of prostate
cancer.

CHIEF COMPLAINT
"I have had pain." Patient states he was diagnosed with prostate
cancer by ultrasound and biopsy back in July 1998 while at CMC in
San Luis Obispo. He tells that he would like "nature to run its
course" and does not want any radical treatment for the prostate
cancer. He tells me he does not want to prolong his life, however,
he would like some of his aches and pains taken care of. He
complains primarily of pain from the right back to the right hip. It
has been going on for a couple of years and is "markedly worse" at
this time. He has trouble walking and has pain both during the day
and while he tries to sleep. He is on a low dose MS Contin which
helps, but not completely. He complains of nausea with some weight
loss of 5-6 pounds over an unspecified period. He has some mild
anorexia as well. He tells me he also has hepatitis C. He has
frequency, about 10-15 times during the day for small volumes and
does not feel that he empties completely.

He denies any dysuria. He tells me his prostatic specific antigens
in the past have run between 1-5.

PHYSICAL EXAMINATION
GENERAL: Well-developed, well-nourished male who appears older than
his stated years.
HEENT: Head: Atraumatic, normocephalic. Eyes: Pupils are equal and
reactive to light. Extraocular muscles intact. Oropharynx moist. No
erythema.
NECK: Supple, nontender with no masses or bruits.
PULMONARY: Clear to auscultation.
CARDIOVASCULAR: Regular rate and rhythm without murmur or gallop.
ABDOMEN: Soft, nontender without masses or organomegaly.
BACK: No costovertebral angle tenderness. Vertebrae nontender.
PELVIS: Stable with no tenderness on palpation.


cc:   CORRECTIONAL FACILITY              D0596

```
DOCTORS HOSPITAL OF MANTECA    PT:  MENA, SALVADORE
1205 East North Street         MR#:  000230749        DHM
Manteca, CA  95336             PT:  2                  RM:
                               ADM:  06/10/2003        DIS:  06/10/2003
C27575                         ACCT:  7283583          AUTH ID:  0307
DOB:  05/17/1944               000217446 WAYNE               COSIGN: 0801
Page 2                                          HISTORY AND PHYSICAL
```

GENITALIA: Normal external male, without phimosis. Adequate meatus. No discharge or erythema. Penile shaft unremarkable. Scrotum shows a right hydrocele which is nontender. Left testis palpates normal. RECTAL: Good tone disclosing a 30 gram gland with a somewhat rubbery to firm nodule at the left apex with firmness along the left lobe and lateral area. Right side of the prostate feels essentially normal but was markedly tender.


LABORATORY DATA
Urinalysis today was clear.


IMPRESSION
Patient is a 59-year-old gentleman with apparent history of prostate cancer. I have no supportive data in that regard at this time. I have no pathology report so I am unable to determine the Gleason score and there is no recent prostatic specific antigen.


I discussed the situation with the patient and recommend the following:
1. Repeat his prostatic specific antigen as well as comprehensive metabolic panel.
2. Bone scan with the focus of attention on the right hip and back to rule out metastatic disease.
3. Treat him for possible prostatitis because of the tenderness and voiding symptoms with Cipro 500 mg b.i.d. for the next month.
4. We will see him back in 6-8 weeks to review the bone scan and laboratory information. Additionally, I have sent a note back stating that we need to see the patient's biopsy information and pathology report. The patient tells me he has his own records in his cell and will bring them next time he comes around. Depending on what is found on bone scan, he may be a good candidate for palliative radiation to the right hip and back. We also discussed possibly using hormonal manipulation, but again, the patient states he does not want to prolong his life, just treat the pain. I explained to him that the hormone therapy often is very helpful in helping to treat the pain. Again, we will revisit the situation when he returns for follow-up or call if any acute problems.


CC:  CORRECTIONAL FACILITY          D0597

```
DOCTORS HOSPITAL OF MANTECA    PT:   MENA, SALVADORE
1205 East North Street         MR#:  000230749        DHM
Manteca, CA  95336             PT:   2                RM:
                               ADM:  06/10/2003       DIS:  06/10/2003
C27575                         ACCT: 7283583          AUTH ID:  0307
DOB:  05/17/1944               000217446 WAYNE              COSIGN: 0801
Page 3                                            HISTORY AND PHYSICAL
```

```
KW:m9
D. 06/10/2003  2:52 P
T. 06/11/2003  5:15 A
JOB #:000217446
DOCUMENT # 1051408
```

KEVIN WAYNE, P.A.C.

WALTER J. SCHIMON, M.D.

C Sut/NO

JUN 1 6 2003

C. SMITH, M.D.

CC:   CORRECTIONAL FACILITY

D0598

**EXHIBIT G**

```
DOCTORS HOSPITAL OF MANTECA     PT:   MENA, SALVADORE
1205 East North Street          MR#:  000230749        DHM
Manteca, CA  95336              PT:   2                RM:
                                ADM:  09/08/2003       DIS:
C27575                          ACCT: 7443450          AUTH ID:  0184
DOB:  05/17/1944                000200596 SAIN
Page 1                                                 RADIOLOGY REPORT
```

cc:   CORRECTIONAL FACILITY
      WALTER J. SCHIMON, M.D.

DATE OF SERVICE: 09/08/03.

CLINICAL DATA
Cancer of the prostate.

WHOLE BODY BONE SCAN

Whole body bone scan was done after the intravenous administration of 21.1 mCi Technetium 99m MDP.

The scan shows increased uptake in the knees, suggestive of arthritis. Metastatic lesions are not present.

IMPRESSION
Scan is negative for metastatic disease.

AS:m7
D. 09/08/2003  5:30 P
T. 09/08/2003 11:09 P
JOB #:000200596
DOCUMENT # 1126906

                              ANIL K. SAIN, M.D.

                              Not Authenticated until
                              electronically signed.


Electronically Authenticated by
ANIL K. SAIN, M.D. 09/11/2003 19:54