IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR MENA,

      Plaintiff,                       No. CIV S-03-2024 MCE GGH P

    vs.

MIKE KNOWLES, et al.,

      Defendants.         ORDER
_____/

        Plaintiff, on July 21, 2006, requested an extension of time, until August 17, 2006, to file an opposition to the defendants' June 30, 2006 motion for summary judgment, to which extension request, defendants, on July 24, 2006, filed a statement of non-opposition. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 21, 2006 application for an extension of time is granted; and

        2. Plaintiff is granted until August 17, 2006, in which to file an opposition to the defendants' June 30, 2006 motion for summary judgment.

DATED: 7/31/06

                                      /s/ Gregory G. Hollows
                                      _____
                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
mena2024.36