IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR MENA,

    Plaintiff,                          No. CIV S-03-2024 MCE GGH P

   vs.

MIKE KNOWLES, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Counsel for defendants has requested an extension of time to file a reply to plaintiff's opposition to defendants' June 30, 2006, motion for summary judgment but has failed to include either a lodged proposed order via ECF in .pdf format or a proposed order via email in word processing format, both of which are required under the local rules. In order for the request to be considered, counsel must fully comply with Local Rule 5-137(b).

        IT IS SO ORDERED.

DATED: 9/1/06                                   /s/ Gregory G. Hollows

                                                     GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE

GGH:009
mena2024.lcr