BILL LOCKYER, Attorney General
 of the State of California
DARRYL DOKE, Lead
 Supervising Deputy Attorney General
WILLIAM A. KRABBENHOFT
 Deputy Attorney General
 State Bar No. 119197
1300 I Street, P.O. Box 944255
Sacramento, CA  94244-2550
Telephone: (916) 324-5334
Facsimile:  (916) 322-8288

Attorneys for Defendants Rosanne Campbell
Glen Douglas, M.D., Mike Knowles, Brett
Williams, M.D., Gilbert Sainz, M.D., and
Christopher Smith, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MENA,<br><br>            Plaintiff,<br><br>    v.<br><br>MIKE KNOWLES, et al.,<br><br>            Defendants. | Case No.  CIV.03-2024 MCE GGH P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR FIFTEEN (15) DAYS EXTENSION OF TIME TO RESPOND** |

GOOD CAUSE HAVING BEEN SHOWN, defendants Rosanne Campbell, Glen Douglas, M.D., Mike Knowles, Brett Williams, M.D., Gilbert Sainz, M.D., and Christopher Smith, M.D. request for a fifteen (15) day extension of time to file a reply to plaintiff's opposition to defendants' June 30, 2006, motion for summary judgment is GRANTED.

Defendants shall have fifteen (15) days from the date this order is served to file their reply brief.

IT IS SO ORDERED

Dated: 9/13/06               /s/ Gregory G. Hollows
                             Gregory G. Hollows
                             United States Magistrate Judge

mena2024.po