IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR MENA,

    Plaintiff,                              No. CIV S- 03-2024 MCE GGH P

    vs.

MIKE KNOWLES, et al.,

    Defendants.                    <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  In light of defendants' motion for summary judgment currently pending in this action, the parties are relieved of their obligation to file pretrial statements for the October 27, 2006, pretrial conference, which is now vacated.  Also vacated from the scheduling order, filed on January 27, 2006, is the January 24, 2007, trial date.

        The dates for the pretrial conference and jury trial will be re-set, if appropriate, upon adjudication of the pending motion for summary judgment.

        IT IS SO ORDERED.

DATED: 10/17/06                                    /s/ Gregory G. Hollows

                                                   GREGORY G. HOLLOWS
                                                   UNITED STATES MAGISTRATE JUDGE

GGH:009
mena2024.vac