IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR MENA,

      Plaintiff,                      No. CIV S-03-2024 MCE GGH P

    vs.

MIKE KNOWLES, et al,

      Defendants.               ORDER

_____/

        Plaintiff has requested an extension of time to file objections to the court's Findings and Recommendations, filed on February 23, 2007.  Plaintiff, predicating his request upon a wholly erroneous and unfounded hypothesis, has not shown good cause.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's March 15, 2006, request for an extension of time to file objections to the February 23, 2007, Findings and Recommendations, is denied for insufficient cause.

DATED: 3/16/07

                                    /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
mena2024.rqs