## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SALVADOR – MENA,**

CASE NO: **2:03–CV–02024–MCE–GGH**

v.

**MIKE KNOWLES, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 3/29/07**

**Victoria C. Minor**
Clerk of Court

ENTERED: **March 29, 2007**

by: /s/ M. Krueger
Deputy Clerk